■ JOSEPH HOPPER, Respondent, v. THERESA LISEK, Appellant.— Action by one of the beneficiaries named in a trust agreement (1) to compel one of the trustees to reconvey a parcel of real property in Suffolk County, a part of the trust *res,* pursuant to a provision in said agreement which required the trustees to reconvey on demand, and (2) to recover damages for the alleged

breach of said agreement. The appeal is from an order and judgment (described in the notice of appeal as a judgment) granting summary judgment striking out the answer, and directing specific performance. Order and judgment (one paper) unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.